IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON, ) | No. C 11-1249 JSW (PR) |
| Petitioner, ) | |
| ) | **ORDER OF TRANSFER** |
| vs. ) | |
| ) | (Docket No. 2) |
| JUDGE FOSTER, et al., ) | |
| Respondent. ) | |

    Petitioner is a state prisoner currently incarcerated at Calipatria State Prison. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction obtained in Imperial County. Calipatria is located in Imperial County, which lies within the venue of the United States District Court for the Southern District of California. *See* 28 U.S.C. § 84. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). As Petitioner was convicted and is confined in the Southern District, this action is TRANSFERRED to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). Ruling on Petitioner's application to proceed in forma pauperis (Docket No. 2) will be deferred to the Southern District.

    The Clerk of the Court shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: March 29, 2011

                                        JEFFREY S. WHITE
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>B J JUDGE FOSETER et al,<br><br>    Defendant. | Case Number: CV11-01249 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornelius Anderson
P.O. Box 5000
T71542
Calipatria, CA 92233

Dated: March 29, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk